

FILED

10:03 am, 1/10/25

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GREGG B. COLTON, on behalf of himself and a class of similarly situated persons,<br><br>Plaintiff,<br><br>VS.<br><br>CARBON CREEK ENERGY, LLC,<br><br>Defendant, | Case No. 2:22-CV-150 |

### ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS

THIS MATTER comes before the Court pursuant to Plaintiff's *Motion for Sanctions* (ECF No. 78), filed on December 3, 2024. In his motion, Plaintiff requests that this Court impose sanctions on Defendant for not complying with our September 24th order ("Order"), in which we required Defendant to obtain substitute counsel, produce the class member list, and to meet and confer regarding the Class Notice Plan (ECF No. 77). We agree that Defendant has violated our order and frustrated further progress in this matter, and therefore sanctions are merited.

Carbon Creek has failed to comply with any of the directives set forth in the Order. Rule 37(b)(2)(C) states that courts "must order the disobedient party, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances

make an award of expenses unjust." Fed. R. Civ. P. 37(b)(2). After considering the arguments, and the evidence presented before me, the Court hereby **GRANTS** Plaintiff's Motion for Sanctions. Carbon Creek is **HEREBY ORDERED** to:

1. Pay to Class Counsel $25,000 within 10 days of this Order. This will allow Plaintiff to ascertain the Class Members' current addresses and submit an appropriate Notice plan to the Court; and

2. Pay Class Counsel for their reasonable attorneys' fees and costs incurred in submitting the Motion for Sanctions.

Dated this 9th day of January, 2025.

Alan B. Johnson
United States District Judge