IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



**FILED**

*10:45 am, 8/19/25*

**Margaret Botkins
Clerk of Court**

GREGG B COLTON, on behalf of himself and a class of similarly situated persons,

    Plaintiff,

VS.

Carbon Creek Energy, LLC,

    Defendant,

Case No. 2:22-CV-150

### ORDER CERTIFYING CLASS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 23

In accordance with the findings and conclusions contained in the *Order Granting Plaintiff's Motion for Class Certification* it is **HEREBY ORDERED**:

1. **Class Certification.** Pursuant to Fed. R. Civ. P., Rule 23(a) and (b)(3), the above-captioned civil case shall be maintained as a class action against Carbon Creek Energy, LLC ("Defendant" or "Carbon Creek") on behalf of the following Class of plaintiffs:

   a. All persons, including individuals, estates, trusts, corporations, partnerships, and other business entities, entitled to a share of proceeds received by Carbon Creek derived from the sale of production from any wells producing oil, gas, or related hydrocarbons in Wyoming during the Class Period, for the

aggregate of up to twelve (12) months accumulation of proceeds if the total amount owed is one hundred dollars ($100.00) or less, beginning on July 12, 2014, who (1) have received late payments from Carbon Creek; and (2) have not received interest from Carbon Creek at the statutory rate of eighteen percent per annum on such late payments. This Class excludes any person who:

  i. Is a Defendant;
  ii. Is an officer, director, or employee of a Defendant;
  iii. Is an entity in which Defendant has a controlling interest or is an affiliate;
  iv. Is an agency, department, or instrumentality of the United States of America; or
  v. Has given a valid release concerning the claims asserted in this lawsuit.

2. **Class Representative and Class Counsel.** Subject to further order of the Court, named Plaintiff Gregg B. Colton is designated as class representative. Also subject to further order of the Court, George A. Barton and Stacy A. Burrows of Barton and Burrows, LLC, of is appointed as lead counsel for the Class. Mr. Barton and Ms. Burrows are responsible for coordinating appropriate staffing, including leadership in assignments to participating class counsel, and compiling, maintaining and submitting unified time records on a monthly basis consistent with this Court's Attorney Time and Expense Records Order providing guidelines for attorney time

and expenses. Counsel for the class is hereby advised that any agreement on fees is not binding on the Court as to any fee award request. By separate Orders, the Court will establish the responsibilities of designated lead class counsel including the regular submittal of a single, consolidated set of time and expense records. The Court will also provide specific guidelines concerning staffing, hourly rates, reimbursable expenses, and required documentation.

3. **Notice.** Subject to further Order by the Court, class counsel shall within 30 days of this Order being issued implement the Notice Plan to inform putative class members about the proposed class action litigation and their options. For illustrative examples of the form of notices, see the Federal Judicial Center's Web site (www.fjc.gov) and go to the "Class Action Notices" page.

4. **Exclusion.** The notice to class members must inform them as to how they may exclude themselves from the class.

5. **List of Class Members.** Class counsel shall file with the clerk, within ten (10) days after the last day of the opt-out period, an affidavit identifying the persons subject to the Notice Plan, which shall include any alternative techniques for providing notice which may not be specifically identified in the Notice Plan. The affidavit shall also include a list of all persons who have not timely requested exclusion.

Dated this 18th day of August, 2025.

Alan B. Johnson
United States District Judge