Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Markus Williams Young & Hunsicker LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (303) 830-0809
bhunsicker@MarkusWilliams.com

*Proposed Bankruptcy Counsel for the Debtor Carbon Creek Energy, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GREGG B. COLTON, on behalf of himself and a class of similarly situated persons, | ) ) ) ) ) |
| Plaintiff, | ) ) ) Case No. 2:22-CV-00150-ABJ |
| v. | ) ) ) |
| CARBON CREEK ENERGY, LLC, | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF BANKRUPTCY FILING AND AUTOMATIC STAY

PLEASE TAKE NOTICE that on September 8, 2025, Defendant Carbon Creek Energy, LLC ("Defendant") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq*, (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Wyoming (the "Bankruptcy Court"), commencing the case captioned *In re Carbon Creek Energy, LLC*, case no. 25-20387.

Pursuant to Section 362(a) of the Bankruptcy Code, all creditors of the Defendant are stayed from, among other actions:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of a debtor that is a corporation for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title.

11 U.S.C. § 362(a)(1)-(8).

Any action taken by an entity against the Defendant in violation of Section 362(a) of the Bankruptcy Code will result in Defendant moving for an order from the Bankruptcy Court holding such entity in civil contempt and seeking appropriate damages. *See Jepsen v. Taylor* (*In re Taylor*), Nos. 15-31208 (AMN), 245, 247, 2019 Bankr. LEXIS 2828, at *10 (Bankr. D. Conn. Sep. 10, 2019) ("An award of damages to a non-

individual entity resulting from a stay violation under § 105(a) is within the discretion of the bankruptcy court."); *Bethpage Fed. Credit Union v. Town of Huntington* (*In re Joe's Friendly Serv. & Son, Inc.*), Nos. 8-14-70001- reg, 8-14-70002-reg, 8-16-8035-reg, 2019 Bankr. LEXIS 880, at *31 (Bankr. E.D.N.Y. Mar. 21, 2019) ("[W]here violation of the automatic stay injures corporate or other juridical persons, damages are awarded under the Court's general contempt power...or under 11 U.S.C. § 105(a)."); *Magee v. S. Fin. Sys.* (*In re Magee*), Nos. 18-50587-KMS, 18-06026- KMS, 2019 Bankr. LEXIS 1060, at *13 (Bankr. S.D. Miss. Apr. 4, 2019) ("Any entity that willfully violates the automatic stay is subject to the bankruptcy court's civil contempt power [under § 105(a)]."); *Smith v. Wilburn* (*In re Delta Invs. & Dev.*), Nos. 12-01160- NPO, 17-00067-NPO, 2019 Bankr. LEXIS 58, at *43 n.19 (Bankr. S.D. Miss. Jan. 8, 2019) ("Because the violation of the automatic stay is viewed as tantamount to the violation of a court order, a bankruptcy court may address a violation of the stay by exercising its civil contempt powers under 11 U.S.C. § 105(a)."); *Trevino v. Select Portfolio Servicing, Inc.*, 599 B.R. 526, 545 (Bankr. S.D. Tex. 2019) ("The Court is well within its authority to determine whether Defendants' actions were in violation of the automatic stay, and if so, may exercise its equitable powers under § 105(a) to enforce § 362(a).").

By filing this notice, undersigned counsel is not filing an entry of appearance in this case or otherwise further submitting Defendant to the jurisdiction of this Court. Rather, this filing is for notice purposes only.

Dated: September 15, 2025  Respectfully submitted,
Cheyenne, Wyoming

                                        MARKUS WILLIAMS YOUNG &
                                        HUNSICKER LLC

                                        By: */s/ Bradley T. Hunsicker*
                                        Bradley T. Hunsicker (Wyo. Bar No. 7-4579)
                                        2120 Carey Avenue, Suite 101
                                        Cheyenne, WY 82001
                                        Telephone: (307) 778-8178
                                        Facsimile: (303) 830-0809
                                        bhunsicker@markuswilliams.com

                                        *Proposed Bankruptcy Counsel for the Debtor and Debtor-In-Possession Carbon Creek Energy, LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically filed the foregoing ***NOTICE OF BANKRUPTCY AND AUTOMATIC STAY*** with the United States District Court for the District of Wyoming by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, including the United States Trustee, are registered CM/ECF users and will be served through the CM/ECF system, or as indicated below:

### Via CM/ECF:

George A Barton
BARTON AND BURROWS LLC
5201 Johnson Drive, Suite 110
Mission, KS 66205
Email: george@bartonburrows.com

Kelly Shaw
KOCH LAW PC
PO Box 2660
Cheyenne, WY 82003
Email: kshaw@kochlawpc.com

Seth K Jones
BARTON AND BURROWS LLC
5201 Johnson Drive, Suite 110
Mission, KS 66205
Email: seth@bartonburrows.com

Stacy Burrows
BARTON AND BURROWS LLC
5201 Johnson Drive, Suite 110
Mission, KS 66205
Email: stacy@bartonburrows.com

Travis W Koch
KOCH LAW PC
P.O. Box 2660
Cheyenne, WY 82003
Email: tkoch@kochlawpc.com

### Via Email:

Alexander M Madrid
McGUIREWOODS LLP
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Email: amadrid@mcguirewoods.com

Dustin Joseph Richards
PENCE & MacMILLAN
P O Box 1285
Laramie, WY 82073-1285
Email: drichards@penceandmac.com

Gregory J. Krock
McGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue
18th Floor
Pittsburgh, PA 15222-3142
Email: gkrock@mcguirewoods.com

*/s/ Bradley T. Hunsicker*
Bradley T. Hunsicker

4889-1970-5016, v. 1